IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ELBOW RIVER MARKETING, LTD. et al.,**

          Plaintiffs,

v.

**THOMPSON TECHNICAL SERVICES, LLC et al.,**

          Defendants.

Case No. 3:23-cv-00356-MO

DEFAULT JUDGMENT

**MOSMAN, J.,**

Plaintiffs' Motion for Default Judgment [ECF 18] is GRANTED. Defendants Thompson Technical Services, LLC, and Merlin Thompson are found to be in default. I ENTER JUDGMENT for Plaintiffs in the amount of $2,135,175.00 in compensatory damages and $157,320.88 in prejudgment interest. I GRANT attorney fees of $102,636.80 and costs of $6,373.30. I enter judgment against Defendants jointly and severally. It is ordered and adjudged that this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this _9th_ day of November, 2023.

MICHAEL W. MOSMAN
Senior United States District Judge

1 – DEFAULT JUDGMENT