FILED 18 JAN '24 10:14 USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Case No.: 3:23-CV-00356-MO

ELBOW RIVER MARKETING, Ltd., a
Canadian corporation, ELBOW RIVER
MARKETING USA, LTD., a Delaware
corporation,

    Plaintiffs,

v.

THOMPSON TECHNICAL SERVICES,
LLC, an Oregon limited liability
company, and MERLIN THOMPSON, an
individual,

    Defendants.
_____/

## GARNISHEE RESPONSE

The Writ of Garnishment was delivered to me on the __9__ day of __JANUARY__, 2024. The following responses are accurate and complete as of that date.

### PART I: DEBTORS' PROPERTY

### GENERALLY

### (ALL GARNISHEES MUST FILL OUT THIS PORTION OF THE RESPONSE)

Place a check in front of all the following statements that apply. You may need to check more than one statement.

____ I have discovered that a voluntary or involuntary bankruptcy petition has been filed by or on behalf of Thompson Technical Services, LLC, and Merlin Thompson (the "Debtors") after the date shown on the face of the writ as the date on which the judgment was entered against the Debtors or after the debt otherwise became subject to garnishment. (You need not complete any other part of this response, but you must sign the response and deliver it in the manner specified in Step 2 of the Instructions to Garnishee form.)

_____ I do not employ the Debtors, I do not have in my possession, control or custody any personal property of the Debtors, and I do not owe any debts or other obligations to the Debtors.

_____ I employ the Debtors. (You must complete Part II of this response.)

_____ I have in my possession, control or custody garnishable money that belongs to the Debtors (other than wages), or I owe a debt or other obligation to the Debtors (other than wages) that is due as of the time of this response. I am forwarding this money, or enough of it to satisfy the garnishment, to Elbow River Marketing, Ltd., and Elbow River Marketing USA, LTD. (the "Garnishors").

_____ I owe a debt or other obligation to the Debtors (other than wages) that was not due as of the time of this response but will become due within 45 days after the writ was delivered to me. I will forward the money, or enough of it to satisfy the garnishment, to the Garnishors when the debt or other obligation becomes due.

_____ I owe the following debt or other obligation to the Debtor (other than wages) that will not become due within 45 days after the date that the writ was delivered to me. I will not make any payments on the debt or obligation until I receive instructions from the Sheriff or until 30 days have passed from the date on which I deliver this response. (See Instructions to Garnishee form.)

_____
_____
_____

_____ I have in my possession, control or custody the following personal property (other than money) that belongs to the Debtors. I will hold all of the property for the Garnishors until I receive instructions from the Sheriff or until 30 days have passed from the date on which I deliver this response. (See Instructions to Garnishee form.)

_____
_____
_____

_____ I may owe money to or hold property of the Debtors, but I am not sure what or how much it might be. (You must provide an explanation in the following space and you must deliver an amended response when you find out. You must deliver an amended response even if you find out that you have no property of the Debtors or owe no money to the Debtors.)

_____
_____
_____
_____

2

### (FINANCIAL INSTITUTIONS ONLY)

____ We hold one or more accounts for the Debtors, of which $_____ is not subject to garnishment under ORS 18.619. We are forwarding all other garnishable amounts, or enough or it to satisfy the garnishment, to the Garnishors.

____ The writ of garnishment delivered to me, on its face, does not comply with the Oregon laws governing writs of garnishment, or I cannot determine the identity of the Debtors from the information in the writ. (You must provide an explanation in the following space.)

_____
_____
_____
_____

____ I have received an order to withhold income that applies to the income of the Debtors. The order to withhold income has priority over the writ of garnishment, and compliance with the order will reduce or eliminate the money that I would otherwise deliver under the writ. (Provide details, including the name of the agency serving the order to withhold income, the date the order was served on you and the amount to be withheld. If you employ the Debtors, you must still complete Part II of this response.)

_____
_____
_____
_____

____ I have received notice of a challenge to the garnishment. I will deliver to the court administrator all money that I would otherwise deliver to the Garnishors. (See Step 3 of Instructions to Garnishee form.)

**X** Other (Explain)
        **ACCOUNT CLOSED.**
_____
_____
_____

### PART II: DEBTOR'S EMPLOYER

### (GARNISHEES WHO EMPLOY THE DEBTOR MUST FILL OUT THIS PORTION OF THE RESPONSE)

Place a check in front of all the following statements that apply. You may need to check more than one statement.

3

NOTE: THE LAW PROHIBITS DISCHARGE OF THE DEBTOR FROM EMPLOYMENT BY REASON OF GARNISHMENT.

____ I employ the Debtor. The Debtor is paid on a _____ basis (insert "weekly," "monthly" or other pay period). Wages will next be payable to the Debtor on the _____ day of _____, 20__. I will complete a Wage Exemption Calculation form for each payment of wages that is made during the 90-day period immediately following the date that the writ of garnishment was delivered to me. I will also complete a Wage Exemption Calculation form for the payday immediately following the end of the 90-day period. I will forward to the Garnishors on each of these occasions those wages calculated to be subject to garnishment, or enough of those wages to satisfy the garnishment.

____ I had already received a writ of garnishment from another Garnishors before this writ was delivered to me. Under Oregon law, the previous writ has priority. The previous writ will terminate on the ___ day of _____, 20__.

I hereby certify that I have fully and accurately completed this garnishee response.

Dated JANUARY 9, 2024

**Oregon State Credit Union**

Name of Garnishee

Sydney Per
Signature

Telephone No. 541·714·4396
Fax No. (if available) 541·714·4174

OREGON STATE CREDIT UNION
PO Box 306
Corvallis, OR 97339-0306

Address _____

4



**Oregon State Credit Union**

PO Box 306, Corvallis, OR 97339-0306
800-732-0173  oregonstatecu.com

**RETURN SERVICE REQUESTED**





US POSTAGE PITNEY BOWES

ZIP 97210
02 4W
$000.49⁸
0000340720 JAN 11 2024

Mark O Hatfield US Courthouse
1000 SW 3rd Ave
Portland, OR 97024

85  LRAMNMP  97204